**Willie LYONS, Petitioner—Appellant,**

v.

**Theodore WHITE; Attorney General of the State of California, Respondents—Appellees.**

No. 01–16487.

D.C. No. CV–96–00784–GEB.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 14, 2002.

Decided April 2, 2002.

Before RYMER, KLEINFELD, and McKEOWN, Circuit Judges.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* John Ashcroft is substituted for his predecessor, Janet Reno, as Attorney General of the United States. Fed. R.App. P. 43(c)(2).

**MEMORANDUM ***

For the reasons stated in the magistrate's findings and recommendation, as adopted by the district court, the judgment is **AFFIRMED.**